# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160237(44)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KYLE BRANDON RICHARDS,
      Defendant-Appellant.
_____/

SC: 160237
COA: 344161
Ionia CC: 2014-015993-FH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on November 4, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2019



Clerk